EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas Especiales para la<br>Extensión de Términos por Motivo<br>de Luto Nacional | 2004 TSPR 88<br><br>161 DPR _____ |

Número del Caso: EM-2004-2


Fecha: 9 de junio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Especiales para la
Extensión de Términos por
Motivo de Luto Nacional                    EM-2004-2

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de junio de 2004

Debido al fallecimiento del Ex Presidente de los Estados Unidos de Norteamérica, Ronald W. Reagan y al igual que lo dispuesto por la Hon. Sila María Calderón, Gobernadora del Estado Libre Asociado de Puerto Rico, quien ha concedido libre el viernes 11 de junio de 2004, a los empleados de la Rama Ejecutiva, la Rama Judicial también concede dicho día libre a sus empleados, sin cargo a licencia de vacaciones, para que puedan unirse al duelo nacional decretado por el Presidente de los Estados Unidos, George W. Bush.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 11 de junio de 2004, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 14 de junio, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Patricia Otón Olivieri
                         Secretaria del Tribunal Supremo